1    michaelsnellind

2   LEONARDO M. RAPADAS
     United States Attorney
3   ROSETTA L. SAN NICOLAS
     Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910
     PHONE: (671) 472-7332
6   FAX: (671) 472-7334

7   Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC 19 2007

JEANNE G. QUINATA
Clerk of Court

8

9          IN THE UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF GUAM

11

12

| | |
|---|---|
| 13   UNITED STATES OF AMERICA,   ) | CRIMINAL CASE NO. **07-00110** |
| 14          Plaintiff,   ) | **INDICTMENT** |
| 15     vs.   ) | **DRUG USER IN POSSESSION** |
| 16               ) | **OF A FIREARM** |
| 17   MICHAEL SNELL II,   ) | [18 U.S.C. §§ 922(g)(3); 924(a)(2) & 2] |
| 18          Defendant.   ) | |

19

20 THE GRAND JURY CHARGES:

21     On or about November 15, 2007, in the District of Guam, MICHAEL SNELL II, the

22 defendant, then being an unlawful user of a controlled substance as defined in Title 21, United

23 States Code,. Section 802, did knowingly received firearms described as follows: Remington 12

24 Gauge Shotgun Model 1100 Special, Serial Number P043287V; and Howa Model 1500 .308

25 //

26 //

27 //

28                    -1-

Caliber Rifle, Serial Number B017271, which had been transported in interstate commerce, in violation of Title 18 United States Code Sections 922(g)(3), 924(a)(2) and 2.

DATED this 19th day of December, 2007.

A TRUE BILL.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-2-

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00110**

Same Defendant _____ New Defendant ____x____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes _____ No __X__    Matter to be sealed: __✗__ Yes __x__ No

Defendant Name ___MICHAEL SNELL II_____

Alias Name _____

Address _____

_____Dededo, Guam_____

**RECEIVED DEC 19 2007**

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate __Xx/xx/1977__  SS# __xxx-xx-5463____  Sex __M__  Race ___Black___  Nationality____

## U.S. Attorney Information:

AUSA _____ Rosetta L. San Nicolas _____

**Interpreter:** __X__ No ___Yes    List language and/or dialect: _____

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: ____1____   _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 18 USC 922(g)(3); 924(a)(2) & 2 | Drug User in Possession of a Firearm | 1 |
| Set | 2 | | |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: ___12/18/07___    Signature of AUSA: _____