LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam  96910
Tel:  (671) 472-7332
Fax:  (671) 472-7334

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER UNSEALING RECORD** |
| | ) | |
| MICHAEL SNELL II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Through an application to unseal the record having come before this Honorable Court

and the Court finding good cause for the issuance of the order,

    IT IS SO ORDERED that the record herein be unsealed.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Dec 21, 2007**