RECEIVED
DEC 19 2007
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
DEC 21 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
District of _____ Guam

UNITED STATES OF AMERICA

V.

MICHAEL SNELL II

**WARRANT FOR ARREST**

Case Number: CR-07-00110

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Michael Snell II _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Drug User in Possession of a Firearm

RECEIVED
DEC 19 2007
US MARSHALS SERVICE-GUAM

in violation of Title __18__ United States Code, Section(s) __922(g)(3); 942(a)(2) & 2__

| Walter M. Tenorio | _[signature]_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 12/19/2007    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

TANGUISSAN GUAM

| DATE RECEIVED 12/20/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/20/07 | HOANG M. NGUYEN S/A | _[signature]_ |

ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ Michael Snell II _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: