# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00110            DATE: December 21, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: None Present |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 3:02:15-3:10:42 |
| CSO: D. Quinata/L. Ogo | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Michael Snell II | Attorney: Richard Arens |
|    Present    Custody    Bond    P.R. |    Present    Retained    FPD    CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: |
| U.S. Probation: Carleen Borja | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance and Arraignment**

- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of <u>Indictment</u>.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>February 19, 2008 at 9:30 a.m.</u>
- Defendant released on bond (see release conditions on page 2).

NOTES: