1
2
3
4
5
6                    DISTRICT COURT OF GUAM

7                    TERRITORY OF GUAM

8

9   UNITED STATES OF AMERICA,              CRIMINAL CASE   NO. 07-00110

10                 Plaintiff,

11        vs.

12                                         **APPOINTMENT ORDER**
    **MICHAEL SNELL II,**

13
                    Defendant.
14

15        IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to

16   represent the defendant in the above-entitled case.

17

18

19                                         **/s/ Joaquin V.E. Manibusan, Jr.**
                                           **U.S. Magistrate Judge**
20                                         **Dated: Dec 21, 2007**

21

22

23

24

25

26

27

28