UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Maria C. Cruz, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**        [ ] **Notice of Disposition**

Date: **December 21, 2007**        Date:

By: **Joaquin V.E. Maniabusan, Jr.**
**U.S. Magistrate Judge**        By:

| | |
|---|---|
| Defendant: | **SNELL II, Michael Lewis** |
| Date of Birth: | **XX-XX-1977** |
| SSN: | **XXX-XX-5463** |
| Case Number: | **Criminal Case #07-00110-001** |
| Place of Birth: | **San Diego, California - USA** |

==================================================================

**NOTICE OF COURT ORDER** (Order Date: **December 21, 2007** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)