# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00110          DATE: February 05, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda     Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio     Electronically Recorded: 9:33:55 - 9:54:04
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Michael Snell, II          Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent:
U.S. Probation: Christopher Duenas         U.S. Marshal: D. Punzalan
Interpreter:          Language:

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: May 5, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: March 28, 2008
- Response to Presentence Report: April 11, 2008
- Final Presentence Report due to the Court: April 28, 2008
- Defendant released on bail as previously ordered by this Court.

NOTES: