IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>MICHAEL SNELL, II,<br><br>              Defendant. | CRIMINAL CASE NO. 07-00110<br><br>**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN A FELONY CASE** |

      The defendant, by consent, has appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to an Indictment charging him with Drug User in Possession of a Firearm, in violation of 18 U.S.C. §§ 2, 922(g)(3) and 924(a)(2). After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent

///
///
///
///
///
///

basis in fact establishing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED this 5th day of February 2008.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

### NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**