JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MICHAEL SNELL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00110 |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DRAFT PRESENTENCE |
| | ) | REPORT |
| vs. | ) | |
| | ) | |
| MICHAEL SNELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, MICHAEL SNELL, by and through counsel, Richard P. Arens, Assistant

Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence

//

//

//

Investigation Report.

        DATED: Mongmong, Guam, April 25, 2008.

              /s/ RICHARD P. ARENS



Attorney for Defendant
MICHAEL SNELL

.

## CERTIFICATE OF SERVICE

I, RICHARD P. ARENS, hereby certify that a true and exact copy of the foregoing document was electronically filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on April 25, 2008:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam  96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

CHRISTOPHER DUENAS
U.S. Probation Officer Specialist
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, April 25, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
MICHAEL SNELL