JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:      (671) 472-7120

Attorney for Defendant
MICHAEL SNELL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 07-00110 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | SUBMISSION OF DOCUMENTS |
| | ) | RELATED TO SENTENCING |
| vs. | ) | |
| | ) | |
| MICHAEL SNELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, MICHAEL SNELL, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, respectfully submits the attached documents for

//

//

//

consideration at the sentencing hearing scheduled for May 5, 2008.

DATED: Mongmong, Guam, May 1, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
MICHAEL SNELL

2

# CERTIFICATE OF SERVICE

I, RICHARD P. ARENS, hereby certify that a true and exact copy of the foregoing document was electronically filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on May 1, 2008:

> ROSETTA SAN NICOLAS
> Assistant United States Attorney
> Sirena Plaza
> 108 Hernan Cortez, Ste. 500
> Hagatna, Guam  96910
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED: Mongmong, Guam, May 1, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
MICHAEL SNELL