March 27, 2008

To Whom It May Concern:

I first met Michael Snell back in February 2004 at Tanguisson Power Plant. Mike was part of the first cycle of apprentices hired by Guam Power Authority for its Apprenticeship Program. He was one of two apprentices assigned to the operations shift to which I belonged to. During our time working together on shift, I found Mike to be a very hard working individual willing to do anything that was asked of him. He hardly complained and worked well with the other members in our crew. If anyone needed help, Mike is there ready to lend a helping hand.

When it came to understanding how a steam power plant functions, Mike is a quick learner. He would be able pick up on how the different plant systems operate and be able to troubleshoot problems that may arise. During unit shutdowns, Mike is always called upon to assist in the repair work. He is very persistent when it comes to doing work. Mike won't stop until the job is done. This also applies to his class work for the apprenticeship program. I noticed that Mike is not a scholar when it came to the books, but he studied hard and attended all his classes. Mike is one of the four remaining first cycle apprentices here at the plant ready to graduate.

Aside from work and school, Michael Snell also actively represents the plant when it comes to GPA Intramural Sports activities. He has participated in softball, volleyball, and basketball. Although not that gifted an athlete, Mike gives it his all when out on the field or on the court. He is very competitive yet plays the game like a true sportsman. He doesn't argue nor get into any fights. And Mike makes every effort to show up to every game. He is a team player.

Michael Snell is a person who gets along with everybody. He is very hard working and doesn't cause any trouble. Whether at work or participating in sports, Mike gives it 110 percent every time.

Sincerely,

Roy F. Vigilante
Plant Water Technician II
Guam Power Authority
Tanguisson Power Plant

To Whom It May Concern:

     The document you are about to read will give you an insight to how a lifetime of friendship, togetherness, brotherhood, and family would blossom. It began on February 16, 2004, processing date for the Guam Power Authority Apprenticeship Program.

     I was chosen as a Power Plant Operator Apprentice. After processing, I and the apprentices proceeded to Cabras Steam Power Plant I and II. We all introduced ourselves to one another, many being from all parts of the island. I along with a few apprentices was told to report to another steam power plant.

     Tanguisson Power Plant? It is still there? Yes, even after being built since the 1970's many people think that this plant is inoperable or decommissioned. We all had our likes and dislikes about one another. We all learned to work together as a team. Though it may seem that we are in the outskirts of Guam, there is a union that has been forged between individuals.

     For the months to come, we all wanted to succeed in this new job venture that we all agreed to surpass. We lost many good men and gained an unforgettable friendship. This brings me to the men that done their best and prove to be the elite. We have done what has been asked of us and excelled in many aspects of plant operation.

     Of the elite, Mike Snell, a man that I build my brotherhood, friendship, leadership and most of all family. I, along with the rest of the elite, would agree. We have many things in common and as long as I've know him, I always trust his decision.

     Mike and I not only have a history together, most of all we have a lasting family tie that many would understand. Our families enjoy being together, we BBQ, off-road, and go fishing. I would not change anything for all that we have created. He is a man of great expectations, I can count on him to make progress and move forward. Mike has unbelievable leadership and ambition to inspire all who work with him. He is always willing to help others to the best of his ability.

     Therefore I leave you with a thought to remember. We all make mistakes in life, but let us remember that there are people who chose to make a difference and those who chose to not to. And we as the elite keep moving forward.

Sincerely,

Ryan Atalig



# PRUVIENT ENERGY GUAM, INC.

P. O. Box 21029
Barrigada, Guam 96921
**(T)** (671) 647-8266 **(F)** (671) 649-6629

March 27, 2008

**Re: Michael Snell – Character Reference**

To Whom It May Concern:

I am pleased to write a Character Reference for Mr. Michael L. Snell.

I have known Mr. Snell since his employment with the Guam Power Authority (GPA) as a Plant Operator Apprentice at Tanguisson Power Plant since February 16, 2004. Mr. Snell is highly regarded as a responsible, dedicated and hard-working employee. He has great rapport amongst fellow co-workers, as well as his supervisors. My interaction with Mr. Snell in the workplace has been of a positive experience. His professionalism and "can do" attitude has always been consistent.

I have also had the opportunity of interacting with Mr. Snell in other social capacities. Mr. Snell's participation in GPA's Intramural Sports Program, his efforts and good sportsmanship, as well as efforts of his team mates, garnered a championship title.

He is a devoted and committed family man, as evident in his family's presence and support at every social and work-sponsored event.

Overall, I am confident in saying that Mr. Snell is a reliable, trustworthy, dedicated and good-spirited individual.

If you have any questions regarding this letter, please contact me at 647-8265.

Sincerely,

Michael J. Alvarez
Plant Manager
Tanguisson Power Plant

April 01, 2008

From the first time I met Micheal Snell II I saw him as a man who was always involved in his families' lives. Mike (as he is known by colleagues) was assisting in any and every school function that at the time his only son Micheal Snell III was involved in. And on weekends, Mike would be seen getting MJ (his son) prepared for various village youth sporting events held around the island. This past year Mike was also a volunteer coach for *The Guam Youth Raiders* Organization.

When I think back of Mike, I can recall one noteworthy event. I was just getting off a graveyard shift when Mike begged me to help set up a canopy that same morning for his son's football game. I was sold when Mike shared with me that this was an important game for MJ. When we arrived and off-loaded the truck, he noticed some parts missing for the canopy. I never seen him so distraught, so we contacted people we knew in the area but no luck. Still he was optimistic, so we decided to drive to check for the parts at a relative's house. Sure enough we were able to get the parts needed to set up the canopy. And I remember asking myself, "why all the hassle?" But when we were finished setting everything up, under this big canopy, sat his wife and newborn child. And at that point I realized Mike is not only a family man, he is my good friend, and he is an encouragement to us dad's.

Mike has been apart of memorable moments in my life and I in his. I stand by this recommendation from years of trials and tribulations experienced together- birthdays, baptismal, games, last-minute parties, working overtime, house warming, barbeques, lengthy phone conversations, and the minimized time left to hangout together.


Forever Friends,

Jay.C.N Mesa
Dad to 2 sons

To Whom It May Concern:

I am writing in regard to Mr. Michael Snell. During the four years that Michael was under my supervision, I found him to be hard working, having demonstrated great skill, efficiency, reliability, and professionalism. He is eager to learn the trade and perform his duties to the best of his abilities, and seeks to succeed in everything he puts his mind to.

Aside from being his mentor, I have the privilege of being his friend and confidant. His hardworking and responsible demeanor is evident in his personal life. He is a family oriented individual who works to provide for his wife and two children; this is also evident in his moving his family into a Dededo home rather than the ranch in which they previously occupied. Aside from being a provider he's also involved in his children's upbringing; which was evident when he voluntarily coached his son's football team during the 2007 Guam Youth Football League.

This past unfortunate event has given Michael the opportunity to evaluate the poor decisions he has made. With guidance and encouragement, he is even more diligent in ensuring that he perseveres, so as not to repeat his mistakes. Although he no longer works under my supervision, he remains a friend and I know he will overcome these challenges because he has the interest of his family and his personal well-being at heart.

Very respectfully,

Steve J. Santos

25 March 2008

To Whom It May Concern:

The purpose of this letter is to provide a character reference for Mr. Michael Snell whom I have known as a friend for the past four years.

Michael is a caring individual who is quick to offer assistance. For as long as I've know him, he has always put the needs of others before his. He's worked hard over the years to become a better person and has shown a great commitment to providing for his family. He was so pleased to gain employment with GPA as an apprentice; and has shown great commitment to it by his job attendance and diligence in fulfilling the education requirements at GCC.

When he's not at work or school, he's spending time with his two boys. He's always encouraging his son academically by helping him with his schoolwork. You can also find Michael on the field, supporting his son MJ; he was an assistant coach for his son's division during GYFL 2007. Currently, he can be found at the Little League Baseball games cheering on his son and encouraging the rest of the baseball team.

Michael is good person who has found himself in trouble due to making a poor decision. Since the unfortunate circumstances leading to this letter, he has shown great remorse. He's afraid of what will happen to his family if he can't continue to support them, or what will happen if he's not around for them. He's always seeking ways to improve himself and has surrounded himself with the positive support of his family and friends. He now realizes that this mistake did not just affect him, but his family as well. Michael would like nothing more than to put his mistakes behind him and lead a positive and productive life in order to continue supporting his family.

Very respectfully,

*Elizabeth A. Santos*

Elizabeth A. Santos