# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00110　　　　　　　　　　　　DATE: May 05, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　Electronically Recorded: 9:39:40 - 10:07:05

**APPEARANCES:**

Defendant: Michael Snell, II　　　　　　　　Attorney: Richard Arens
☑ Present  ☐ Custody  ☐ Bond  ☑ P.R.　　　☑ Present  ☐ Retained  ☑ FPD  ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent: H. Nguyen, ATF
U.S. Probation: Carleen Borja
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to home confinement (with electronic monitoring) for a term of <u>six (6) months</u>
- Defendant sentenced to a probation term of <u>three (3) years, with conditions</u>.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant shall abide by conditions of release previously imposed.

NOTES: